IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION



CHARLES GLENN PICKETT                                          PETITIONER

vs.                                        CIVIL ACTION NO. 3:13-CV-482 HTW-LRA

RONALD KING                                                    RESPONDENT

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes on pursuant to the Report and Recommendation of United States Magistrate Judge Linda R. Anderson and the written objection to the proposed findings and recommendation. Based upon the evidence therein contained, this court, having given full consideration to the aforesaid objection, finds the same not well taken. Therefore, the Report and Recommendation of the United States Magistrate Judge is hereby adopted as the order of this court and the court hereby dismisses plaintiff's claims against the defendant without prejudice for failure to state a claim.

SO ORDERED AND ADJUDGED, this the 30th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE